UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: ) Case No. 11-10860
)
ELSIE VELAZQUEZ, ) Chapter 7
)
    Debtor. ) Judge Pat E. Morgenstern-Clarren
)
) **ORDER**

    A reaffirmation agreement between the debtor and Credit Acceptance Corp. as to a debt secured by a 2004 Honda Accord was filed on April 4, 2011. (Docket 9). Based on a review of the agreement, the filing is deficient for these reasons:

- The "other information" section of the cover sheet is incomplete; and

- The debtor's statement in support of the agreement does not show how she will make the $617.10 payment required to cure the arrearage.

**The debtor is to file an amended cover sheet and reaffirmation agreement which address these issues if she wishes to proceed with this transaction.** *See* the court's memorandum of February 12, 2008, "Tips for How a Reaffirmation Agreement Can Proceed Smoothly Through the Court" on the court's website at www.ohnb.uscourts.gov.

    A hearing on this matter will be held on **May 5, 2011** at 8:30 a.m. in Courtroom #2A, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio. *See* 11 U.S.C. § 524(m)(1).

    IT IS SO ORDERED.

                                                  /s/ Pat E. Morgenstern-Clarren
                                                Pat E. Morgenstern-Clarren
                                                United States Bankruptcy Judge